# United States Court of Appeals for the Federal Circuit

---

**CA, INC.,**
*Appellant*

**v.**

**NETFLIX, INC.,**
*Appellee*

---

2023-1768

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01319.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 27, 2025
Date

Jarrett B. Perlow
Clerk of Court